In the Matter of HARRY J. GRECO et al., Respondents. SILVERSHAP REALTY CORP., Appellant.—

Present — Peck, P. J., Cohn, Van Voorhis and Heffernan, JJ.

JENNIE BROWN, Respondent, v. KNICKERBOCKER VILLAGE, INC., Defendant-Appellant and Third-Party Plaintiff-Respondent. MARCATO ELEVATOR CO. INC., Third-Party Defendant-Appellant.—

Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Heffernan, JJ.; Peck, P. J., and Van Voorhis, J., dissent and vote to affirm. Settle order on notice.

In the Matter of FRANK S. HOGAN, as District Attorney of New York County, Respondent, against OWEN W. BOHAN, as a Judge of the Court of General Sessions, Appellant.—

Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ. [200 Misc. 15.]

COMMISSIONERS OF THE STATE INSURANCE FUND, Appellants, v. WILAKA CONSTRUCTION COMPANY, INC., et al., Defendants, and LIPSKY & ROSENTHAL, INC., Respondent.—

No opinion. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ. [201 Misc. 148.] [See 280 App. Div. 759.]